## ACKNOWLEDGMENT OF AGREEMENT

The Trustee of SB Pharmco Puerto Rico, Inc. (the "Trustee") is authorized to execute this Plea Agreement on behalf of SB Pharmco, Puerto Rico, Inc. and to take all such actions as may be necessary to effectuate this Plea Agreement. The Trustee has read this Plea Agreement, the attached criminal Information, and the Civil Settlement Agreement, including all attachments, in their entirety and has discussed them fully in consultation with SB Pharmco's attorney. The Trustee acknowledges that these documents fully set forth SB Pharmco's agreement with the United States. The Trustee further states that no additional promises or representations have been made to SB Pharmco by any officials of the United States in connection with the disposition of this matter, other than those set forth in the Plea Agreement and the attached Civil Settlement Agreement.

Dated: October 26th, 2010

Desmond P. Burke
Trustee
SB Pharmco Puerto Rico, Inc.

Dated: 10/26/10

Geoffrey E. Hobart, Esq.
Matthew J. O'Connor, Esq.
Covington & Burling LLP
Counsel for Defendant

13

